# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  
Fax (414) 271-9344  
chp13@execpc.com

740 N. Plankinton Avenue  
Suite 400  
Milwaukee, Wisconsin 53203

September 1, 2009

Clerk of US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Ave.  
Milwaukee, WI 53202

FILED MAIL

SEP 02 2009

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

RE: DBTR: Michelle Miller  
CASE NO: 05-32375 SVK  
CREDITOR: Marshall Field's

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1047147 which replaces check # 1056469 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the creditor.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc: file

**Mary B. Grossman
Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

SunTrust Bank

64-79
611

No. 1056469

PAY** Twenty Four Dollars and 39 Cents ****************************************************
TO THE ORDER OF

AMOUNT ***********$24.39 ***

00091786
MARSHALL FIELD'S
P.O. BOX 66955
ST. LOUIS, MO 63166-

VOID AFTER October 28, 2009
Positive Pay Account

⑴"1056469"⑴ ⑴:061100790⑴:000000575177⑴"

VOID
UCF

Mary B. Grossman, Chapter 13 Trustee        Check No. 1056469
Pay to: 00091786  MARSHALL FIELD'S
    Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| ase No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 5-32375-SVK | 022-0 | MICHELLE A. MILLER | 1667521710 | 299.91 | 24.39 | 0.00 | 24.39 |

Mary B. Grossman
Chapter 13 Trustee
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203

August 27, 2009

SunTrust Bank

64-79
611

No. 1057147

PAY** Twenty Four Dollars and 39 Cents****************************************************
TO THE ORDER OF

AMOUNT ********* ********$24.39***

00000965
CLERK OF US BANKRUPTCY COURT
126 U S COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202-

VOID AFTER November 25, 2009
Positive Pay Account

⑈1057147⑈ ⑆061100790⑆ 000000575177⑈

Mary B. Grossman, Chapter 13 Trustee         Check No. 1057147
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
   Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-32375-SVK | 022-0 | MICHELLE A. MILLER | 1667521710 | 299.91 | 24.39 | 0.00 | 24.39 |